AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00509 |
| Noah S. Bacon | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 6/29/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Noah S. Bacon__
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(B) – Enter or Remain in the Gallery of either House of Congress ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) and (2) - Obstruction of Justice/Congress.

Date: 06/29/2021

*Digitally signed by G. Michael Harvey*
*Date: 2021.06.29 10:39:39 -04'00'*

Issuing officer's signature

City and state: Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
                                                                Printed name and title

---

### Return

This warrant was received on (date) 6/30/21, and the person was arrested on (date) 6/30/21
at (city and state) Somerville, MA

Date: 6/30/21

*Arresting officer's signature*

M. Connelly
Printed name and title